AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
CAMERON HESS
DOB: XXXXXX

*Defendant(s)*

)
)
)
)
)
)
)
)

Case: 1:23-mj-00046
Assigned To : Harvey, G. Michael
Assign. Date : 2/27/2023
Description: Complaint W/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |

18 U.S.C. § 111(a)(1) - Assaulting, resisting, or impeding certain officers or employees,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building,

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Daniel Wright, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/27/2023

*Judge's signature*

City and state: Washington, D.C.            G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*