AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**CAMERON HESS**<br><br>_____<br>*Defendant* | ) Case: 1:23-mj-00046<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 2/27/2023<br>) Description: Complaint W/ Arrest Warrant<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ CAMERON HESS _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint

❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, resisting, or impeding certain officers or employees ;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;

 

                                    G. Michael Harvey   Digitally signed by G.<br>Michael Harvey<br>Date: 2023.02.27<br>16:37:27 -05'00'

Date:    _____02/27/2023_____

                                           *Issuing officer's signature*

City and state:    _____Washington, D.C._____

                             G. Michael Harvey, U.S. Magistrate Judge
                                           *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _02/28/23_ , and the person was arrested on *(date)* _3/01/23_<br>at *(city and state)* _Harrisburg, PA_ .<br><br>Date: _3/03/23_                 _Daniel Wright_<br>                                  *Arresting officer's signature*<br><br>                          SA Daniel Wright<br>                                  *Printed name and title* |