IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No.23CR086 (RCL) |
| v. : | |
| : | |
| CAMERON HESS : | |
| : | |

　　*(defendant)*

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

***COMES NOW***, Cameron Hess, the defendant through his undersigned counsel, and moves this Court continue the status hearing currently scheduled for March 30, 2023. On Tuesday, March 28, 2023, at 8:00 p.m., undersigned received an email from Mr. Hess' mother, Ms. Burke, informing undersigned that her son was admitted to the hospital for severe debilitating back pain.  Today, March 29, 2023, undersigned spoke with Ms. Burke who informed undersigned that her son remains in the hospital and will be there for an indeterminate time frame at this juncture.  He is currently on extremely strong pain medications and is flat on his back.  His doctors are conducting various tests to ascertain the cause of the pain, how to resolve it, and to determine whether it is related to his other health problems.  Ms. Burke anticipates providing undersigned with documentation from the hospital documenting Mr. Hess' condition.

　　As Mr. Hess is not in a position to participate in the virtual hearing scheduled for tomorrow, March 30, he moves to continue the hearing.  At this point, due to the indeterminate condition of  Mr. Hess' health situation, undersigned suggests, notifying

the Court when the hearing can be once again scheduled and if in 30 days Mr. Hess' situation has not changed to provide the Court with a status report.

Counsel for the Government, Tighe Beach, Esq., was informed of Mr. Hess' situation and the need to continue the hearing, and does not oppose continuing the hearing.

Respectfully submitted,

/s/

_____
Elita C. Amato
D. C. Bar # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703-522-5900

## CERTIFICATE OF SERVICE

I hereby certify that this Motion is filed electronically through the ECF filing system on this 29th day of March 2023, thereby, providing service electronically upon all parties in this case

_____/s/_____
Elita C. Amato

2