# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No.23CR086 (RCL) |
| v. : | |
| : | |
| CAMERON HESS : | |
| : | |

*(defendant)*

## UNOPPOSED MOTION TO CONTINUE HEARING

**COMES NOW**, Cameron Hess, the defendant through his undersigned counsel, and moves this Court continue the hearing currently scheduled for September 21, 2023, to the morning of October 6, 2023, or a date thereafter amenable to the Court and the parties. Mr. Hess intends to enter a guilty plea in this case. Undersigned however, spoke with Mr. Hess and his mother today, September 19, 2023, and found out that his mother is sick with COVID. She began to feel under the weather Thursday of last week, and she still has a fever. Mr. Hess was around his mother before she began to feel symptoms and he also was with her this past Sunday. Mr. Hess currently has no symptoms. Neither undersigned, nor Government counsel, Tighe Beach, Esq., want to risk being in the same room as Mr. Hess in case he caught COVID from his mother or is a carrier of COVID. Hence, the Government does not oppose this motion to continue.

Undersigned moves to continue the hearing scheduled for this Thursday to a date sufficiently out, in case Mr. Hess also has COVID. The parties are both available the morning of October 6, 2023, and suggest the hearing be rescheduled to that date or a date thereafter which is amenable to the Court and the parties.

2

                                                    Respectfully submitted,

                                                    /s/

                                          Elita C. Amato
                                          D. C. Bar # 442797
                                          2111 Wilson Blvd., 8th Floor
                                          Arlington, VA 22201
                                          703-522-5900

## CERTIFICATE OF SERVICE

I hereby certify that this Motion is filed electronically through the ECF filing system on this 19th day of September 2023, thereby, providing service electronically upon all parties in this case

                                      /s/
                                Elita C. Amato