CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>CAMERON HESS )<br>)<br>) | Criminal Case No.: CR 23-086 |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Cameron Hess_
Defendant

_[signature]_
Counsel for Defendant

I consent:

_Tighe R. Beach_
Assistant United States attorney

Approved:

_Royce C. Lamberth_           Date: 10/6/2023

Royce Lamberth
United States District Judge