UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 23-cr-86 |
| | : | |
| CAMERON HESS, | : | Honorable Judge Royce C. Lamberth |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. Exhibits 1, 3, 4, and 5 clips and still images from U.S. Capitol Police ("USCP") CCTV. Exhibit 2 is a Metropolitan Police Department ("MPD") body-worn camera. Exhibits 6 and 7 are third-party images. The United States does not object to releasing these exhibits to the public. The exhibits are:

| # | File Name | Source | Length or Relevant Portion | Location Depicted |
|---|---|---|---|---|
| 1 | CCTV clip – Hess enters view at 0:04 and remains until the end of the clip | USCP | 4 minutes and 6 seconds | East Rotunda Door |
| 2 | BWC E.C. (Clip) | MPD | 0:20-1:07 (end) | East Rotunda Door |
| 3 | CCTV clip – Hess "brawls" at door | USCP | 18 seconds | East Rotunda Door |
| 4 | CCTV image – Hess entry circled | USCP | Image | East Rotunda Door |
| 5 | CCTV image – Hess pushing in, circled | USCP | Image | East Rotunda Door |
| 6 | Third-party image – Hess assault circled | Third party | Image | East Rotunda Door |
| 7 | Third-party image – Hess circled | Third party | Image | East Rotunda Door |

                    Respectfully submitted,

                    MATTHEW M. GRAVES  
                    United States Attorney  
                    D.C. Bar No. 481052

By:    /s/ *Tighe Robertson Beach*  
                    TIGHE ROBERTSON BEACH  
                    Colorado Bar No. 55328  
                    Assistant United States Attorney  
                    Tel. No. (240) 278-4348  
                    Email: tighe.beach@usdoj.gov