Honorable Judge Lamberth,

I write this letter so that you can better decide as to what is a just and fair punishment for my actions. At no point will there be any blame being shifted or excuses being made. Instead, this will be an overview of my life and what has led me to make a sequence of poor decisions that see me where I am today.

I was born with a rare immune disease that has caused me many complications throughout my life. Long-term hospitalizations were very commonplace. As my mother explained to me, I did not come home from the hospital for an extended period till I was three years old. I received a bone marrow transplant in 2011 and as a result, was unable to attend High School in person. Long periods of my life have been spent in isolation away from my peers. As a result, I struggled a lot with my mental health. Urged many times by doctors to seek mental health therapy as they ran out of ideas to help me further improve my quality of life. Being a young adult I was not very receptive to these ideas, as I struggled to believe I suffered from any mental health issues. Struggles with my physical and mental health continued well into my early adulthood. Seeing myself with no future or many hopes, I began to self-isolate. From the years of 2016-2021, this trend continued. Living at home with my mother and not having much social interaction of any form

During this isolation, I admittedly did seek solace in political entertainment. Watching videos about politics and forming my own opinions was part of my life at the time. Even though my opinions did tend to lean more right, I never considered myself a radical. I was not very outspoken about my political opinions in my personal life and had no social media presence that expressed those opinions. I also am currently not, nor have I ever been, part of any in-person or online groups that are politically motivated. My main avenue of discussion was occasionally through family members and a high school friend.

Following the election, I had no plans or any prior knowledge of the rally that was planned on January 6th. I am not very active on social media and learned of, as well as invited, to attend the rally on January 1st from the aforementioned "High School Friend".

As for my actions on January 6th, I am solely responsible for and was not coerced by any individuals to act the way that I did. For these actions, I am very ashamed and apologetic for. I am also very sorry to any individuals or groups that were harmed by my actions. On that day, I was drawn in by the crowd and gave in to mob mentality. My actions are not something today I am proud of or brag about to anyone. Some people in my life, such as my girlfriend, some family members, and co-workers were shocked to learn of my involvement on the day as it was something I kept secret because of my shame.

January 6th was in many ways a turning point in my life. Following that day I have worked very hard on my physical and mental health. Overcoming these obstacles, I moved out of my Mother's house to live on my own for the first time, that following Fall. After that, I got my first real job working as a deckhand for the Harrisburg Area River Boat Society and discovered

my love of working on boats. I then made it my goal to pursue a career in this field. Thus, I went on to work for American Cruise Lines. My time there was cut short following my arrest. However, I intend to continue to seek a career in this field as it is my newfound passion.

In the years since January 6th, I have had a lot of time to reflect on what I did that day, who I was, and who I want to be as a person. When I look back on January 6th, I am deeply embarrassed and regretful of the person that I was. This is not how I want to be remembered or defined as a person. I have learned a lot through this experience and am humbled to have gone through it for I believe I will come out a better and stronger person.

Lastly, I wanted to make sure it is known, I understand that my actions on that day were completely unjustified and inappropriate. Therefore, I am also deeply apologetic to anyone who was harmed that day. I hope my actions throughout this investigation have gone a long way in reflecting this. I completely accept the judgment you pass to me on the day of my sentencing. For I have pleaded guilty, a debt to society is owed by me.

Respectfully Submitted,

*Cameron Hess*

Cameron Hess