February 16, 2024

To whom it may concern,

I am writing to provide a pre-trial character statement on behalf of my son, Cameron Hess, who has faced significant medical and emotional challenges throughout his life due to being born with a rare primary immune disease. I believe that my assessment of his character, resilience, and ongoing struggles will provide valuable insight into his circumstances and aid in understanding his situation.

Cameron is a compassionate and empathetic individual who has shown remarkable strength and courage throughout his life in the face of this disease. He has undergone a bone marrow transplant, a complex and arduous medical procedure, which has required immense physical and emotional strength.

Living with a chronic illness has forced Cameron to develop exceptional coping mechanisms and adapt to a life that is far from typical. He faces ongoing medical issues, requiring frequent doctor visits, medication management, and adherence to strict health protocols. Despite these challenges, he remains committed to taking responsibility for his health and managing his condition to the best of his abilities.

The emotional toll of his medical condition should not be overlooked. It is important to recognize that he faces not only physical challenges but also significant emotional struggles. The constant uncertainty, fear, and limitations imposed by his condition have had a profound impact on his mental well-being.

Although I am not an expert on child development, I can say from my experience and as his parent that children growing up with chronic diseases face a unique set of challenges that can significantly impact their development. Cameron missed out on typical childhood experiences such as attending school, participating in extracurricular activities, and simply playing with friends. This isolation hinders the development of social skills, the formation of friendships, and the ability to navigate social situations effectively.

It is crucial to consider this as well as the ongoing challenges Cameron faces daily, both medically and emotionally, when evaluating his actions related to this situation. It is my belief that his medical condition and the difficulties it presents have influenced his behavior and decision-making.

It is my hope that the court will take into account his unique circumstances and show compassion and understanding.

Thank you for considering my pre-trial character statement for my son, Cameron Hess.

Yours sincerely,

*Michel Burke*