December 10, 2023

To whom it may concern,

My name is Don Longenecker of ███████████████████ PA. I work as a Strategic Sales Executive for Comcast Corporation. I have come to know Cameron Hess, through his mother, Michel Burke whom I am in a long term committed relationship with since 2018. Michel and I started living together during that same year at her residence in Lebanon PA, where her and Cameron resided. Since that point, Cameron has lived with us on and off.

During my early stages in getting to know Cameron, it became evident early on he was very intelligent, witty, well-mannered, and conscientious towards others.

I was made aware of a serious medical condition Cameron had, a primary immune deficiency disease, which is a lifelong and life-threatening medical condition he was born with. I have witnessed Cameron's ongoing health challenges, countless doctor/specialist visits, medical prescriptions, and the commitment required daily just to ensure Cameron's health and survival.

Michel shared with me that Cameron being in and out of hospitals his entire life to fight his condition, made it difficult for Cameron to share in the same experiences as his peers in school such as, events, dances, sports, etc. As a father myself, I know how important these elements are and how they can shape a young person's life, to help them to grow. I believe that these challenges early on for Cameron, created a need for acceptance and desire to become part of something greater, which may help to explain some relevancy in this situation.

The challenges mentioned above, would have many wanting to give up and even lose the will to live but that was never the case with Cameron. Michel shared with me the many battles she faced in fighting for his life on Cameron's behalf. She instilled in Cameron the grit, will, determination to live and to smile and remain positive in the face of despair and against all odds to always believe.

Understandably, Cameron's development both physically, and emotionally, have been delayed and simply took more time due to his medical condition. That said, in the time I've known Cameron, I have seen tremendous strides in growth and development such as getting his driver's license, becoming gainfully employed, securing his 1st apartment, getting his first car, and moving in with his girlfriend, Teagan Kocher. These things are not to be taken for granted or lightly for a young man that has experienced so many challenges throughout on in life.

Even Cameron's job choices paint a picture of his character. An activities assistant for the elderly, a cruise ship deckhand in hospitality serving guest needs are positions to help and serve others. Cameron has had success in these roles, and has exuded positive attributes of hard work, dedication, commitment, with a great attitude, and desire to help others. Cameron is the type of young man that wants to contribute, give back to the community, and again help others. I've personally witnessed this in relations with both friends and family. These are all attributes that any father or parent can be proud of. He is not one to bring about harm or conflict and has always been law abiding and respectful of authority.

I am aware of the events that transpired on Jan 6th, and the seriousness of the charges brought against Cameron. It is in my opinion that Cameron has remorse for his actions and poor decision. Cameron is very intelligent but also naive to the ways of the world. It is my belief that he simply got caught up in the moment of the crowd wanting to be a part of something bigger but meant no harm, and though misguided at the time, ultimately believing he was helping others.

I hope this helps to provide some valuable insight to the type of person that Cameron is and that you will kindly consider my words, as well as factor in Cameron's ongoing health condition when deciding his sentencing.

Very Sincerely,


Don Longenecker