November 20, 2023

To whom it may concern,

My name is John D. Chadwick residing at ███████████████, PA 17042 ███████

I have known Cameron Hess who resides in Lancaster, PA since 2017. I am a friend of his mother Michel Burke.

To me, Cameron is a very quiet person. I have been at his home on many occasions and he is always very cordial and unassuming. He is polite when speaking to him and I have observed him several times with his friends and he is highly respected by them and he also shows his respect to them. On more than one occasion, I observed Cameron excuse himself from his friends to engage in conversation with myself and my wife Leslie, his mother and her partner Don Longenecker and his sister Lori and her partner Adam asking if he could get us anything. He insured we were not being ignored and showed complete respect to our attendance.

I had also witnessed Cameron at one of his places of work as a deckhand on the Harrisburg riverboat, the Pride of the Susquehanna. Cameron was responsible for insuring passengers were greeted and made comfortable for their tour. On the ship he met with us and took the time to introduce us to some of the other crew. During this time Cameron showed integrity and responsibility for his position.

On another occasion, Cameron joined my wife Leslie and I for a trivia night. My brother James and his wife Megan were also in attendance. Cameron's demeanor was extremely courteous and accepting of others answer or recommendations. As some times individuals in a group setting can get overbearing and dominating, Cameron showed respect and thoughtfulness.

I know the charges brought against Cameron are serious and may not be able to go unpunished but it is my strong belief Cameron had no intention of delinquent behavior or malice. It is my belief he got caught up in the moment of the crowd behavior and made a bad decision. It is my hope that you would consider this and offer a light reasonable sentence.

Yours Respectfully,

*[signature]*

John D. Chadwick