To whom it may concern,

I am writing this character statement on behalf of Cameron Hess, a man whose life has been marked by a series of unfortunate events and challenges. I have known Cameron Hess since I was 8 years old and I have always been close with him. Cameron's burden of a terminal illness significantly impacted his decision-making, leading him down a path of bad choices. However, I am pleased to say that I have witnessed a remarkable transformation in Cameron over recent times, as he strives to grow as a person and deeply regrets the decisions of his past.

Growing up, Cameron faced hardships that most people could not even imagine. Cameron battled a severe and life-threatening illness that frequently landed him in and out of hospitals, subjecting him to constant pain and uncertainty about his future. Unfortunately, these adversities took a toll on Cameron's judgment and led him to make choices that were harmful to himself and others. He found himself involved in activities and relationships that further exacerbated his problems, and he struggled to find a way out of the downward spiral he was trapped in. His terminal illness made it challenging for him to see a brighter future.

However, over time, I have observed a remarkable change in Cameron's behavior and outlook on life. He has actively sought help and support to cope with his past traumas and to confront the consequences of his poor choices, he contributes to society by working, and moved on his own with his current girlfriend. Cameron is now determined to take responsibility for his actions and work towards becoming a better person. He deeply regrets the pain he has caused to others and is committed to making amends where possible. Despite the hardships he continues to face due to his illness, he has shown remarkable resilience and a newfound sense of hope for the future.

I firmly believe that Cameron Hess has the potential to overcome his troubled past and become a compassionate and contributing member of society. His journey of growth and self-improvement is a testament to his resilience and determination. While he cannot change the decisions of his past, he is committed to living a life that reflects his newfound wisdom and regrets.

Sincerely

Nikolas M. Daub